IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1-10-0075 |
| v. ) | |
| ) | |
| FOURTEEN FIREARMS; and TWELVE ) | |
| ROUNDS OF AMMUNITION ) | |

O R D E R

It appears that notice to potential claimants has been made and that no claims have been filed.

By February 28, 2011, the plaintiff shall file a status report, indicating what action it intends to take in this case and by what date.

The Clerk is directed to mail a copy of this order to Nathan Moore, Esq., 1507 16th Avenue South, Nashville, TN 37212, by regular, first class mail (only).

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge