UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:10-0075 |
| ) | JUDGE CAMPBELL |
| FOURTEEN FIREARMS, and ) | |
| TWELVE ROUNDS OF AMMUNITION ) | |

ORDER

Pending before the Court is the Government's Motion For Default Judgment And For Entry Of A Final Order Of Forfeiture (Docket No. 22). On or before April 15, 2011, the parties shall advise the Court as to whether any of the firearms or other property sought to be forfeited are the subject of any pending criminal proceeding.

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE