IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1-10-0075 |
| v. ) | |
| ) | |
| FOURTEEN FIREARMS; and TWELVE ) | |
| ROUNDS OF AMMUNITION ) | |

O R D E R

On April 7, 2011, the plaintiff filed a motion for default judgment and entry of a final order of forfeiture (Docket Entry No. 22).

The Clerk is directed to forward the file in this case to the Honorable Todd J. Campbell, Chief Judge, for his consideration of the plaintiff's motion for default judgment and accompanying memorandum (Docket Entry Nos. 22-23).

Inasmuch as no persons or entities have filed a claim in this case, the time for filing claims has expired, no response to the plaintiff's application for entry of default (Docket Entry No. 12) was filed, and default was entered by the Clerk on March 21, 2011 (Docket Entry No. 13), unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

The Clerk is directed to mail a copy of this order to Nathan Moore, Esq., 1507 16th Ave. South, Nashville, TN 37212, by regular, first class mail (only).

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge